IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                Case No. 8:11-bk-18085-CED
                                         Chapter 13

OPHELIA B. HAWKINS

     DEBTOR
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the AMENDED CHAPTER 13 PLAN has been furnished electronically and/or via regular mail to all creditors on the attached mailing matrix on the 22ND of February, 2012.

/s/ Thomas A. Nanna
_____
**THOMAS A. NANNA, ESQ**
FLA. BAR NO. 45543
8910 N. DALE MABRY HWY., SUITE 1
TAMPA, FL 33614
PHONE (813) 935-8388

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
AMENDED CHAPTER 13 PLAN

Debtors: Ophelia B. Hawkins　　　　　　　　　Case No: 8:11-bk-18085

Amended Chapter 13 Plan

**1. MONTHLY PLAN PAYMENTS**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.　$200.00　　for months　1　to　60　;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $3850.00 TOTAL PAID $1,191.00**

**Balance Due $2659.00**　　　　　Payable Through Plan $100.00 Monthly

**3. PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

**Name of Creditor**　　　　　　　　　　　　　　　　**Total Claim**
None_____

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS**:

　　**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

**Name of Creditor**　　　　　**Collateral**　　**Adequate Protection Pmt. in Plan**
None_____

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

(A) **Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Estimated Payment |
|---|---|---|
| None | | |

(B) **Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Collateral | Arrearages |
|---|---|---|
| None | | |

(C) **Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral |
|---|---|
| None | |

(D) **Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest @ 4% |
|---|---|---|---|---|
| GE Money Bank | 06 Scooter | $66.00 | $3,687.00 | 4% |

(E) **Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Creditor | Collateral | Ad. Prot Pmt. in Plan | Value | Interest @ 5.25% |
|---|---|---|---|---|
| None | | | | |

2

(F) **Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. in Plan | Arrearages |
|---|---|---|---|
| None | | | |

(G) **Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| None | |

(H) **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Bank of America | 10338 Main Street |

**SECURED – LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| None | | |

**LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| None | | | |

3

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $4,500.00.

**ADDITIONAL PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions: None_____

/s/ Ophelia B. Hawkins

X *Ophelia B. Hawkins*

OPHELIA B. HAWKINS                              Dated: 2-21-12

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:11-bk-18085-CED<br>Middle District of Florida<br>Tampa<br>Wed Feb 22 14:58:05 EST 2012 | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER T<br>c/o R. Mark Peery<br>6 Nashua Court, Suite D<br>Baltimore, MD 21221-3124 | National Capital Management, LLC<br>8245 Tournament Drive, Ste. 230<br>Memphis, TN 38125-1741 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | United States Bankruptcy Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602-3860 | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER T<br>Bankruptcy Dept - Mail Stop TX2-982-03-0<br>7105 Corporate Drive<br>Plano, TX 75024-4100 |
| Bank of America<br>PO Box 650070<br>Dallas TX 75265-0070 | Best Buy<br>4340 S. Monaco<br>Second Floor<br>Denver CO 80237-3485 | CANDICA, LLC<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>3939 John Carpenter Freeway<br>Irving TX 75063-2909 | Cbna<br>Po Box 6497<br>Sioux Falls SD 57117-6497 |
| Chase<br>PO Box 15291<br>Wilmington DE 19886-5291 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas TX 75240-6837 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Fashion Bug/Soanb<br>1103 Allen Dr<br>Milford OH 45150-8763 | GE Capital Retail Bank<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| GE Money Bank<br>PO Box 960061<br>EL PASO FL 32896 | Gemb/Funancing<br>Po Box 981439<br>El Paso TX 79998-1439 | Gemb/Paypal Smart Conn<br>Po Box 981064<br>El Paso TX 79998-1064 |
| Gemb/Sams Club<br>Po Box 981400<br>El Paso TX 79998-1400 | Home Depot<br>Processing Ctr.<br>Des Moines IA 50364-0001 | Household Bank<br>PO Box 5222<br>Carol Stream IL 60197-5222 |
| Hsbc Bank<br>Po Box 19360<br>Portland OR 97280-0360 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Phoenix Fiber Glass<br>119 E DR MLK Jr Blvd<br>Brooksville FL 34601-4043 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sams Club<br>PO Box 530942<br>Atlanta GA 30353-0942 |

| | | |
|---|---|---|
| Scott D. Sklar<br>550 Old Country Road<br>Suite 301<br>Hicksville NY 11803-4999 | Walmart<br>PO Box 960024<br>Orlando FL 32896-0024 | Wells Fargo<br>PO Box 98784<br>Las Vegas NV 89193-8784 |
| Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323-2310 | Woman Within<br>PO Box 659728<br>San Antonio TX 78265-9728 | Ophelia B Hawkins<br>10338 Main Street<br>Thonotosassa, FL 33592-8326 |
| Terry E Smith<br>PO Box 6099<br>Sun City Center, FL 33571-6099 | Thomas A Nanna<br>Thomas A Nanna PA<br>8910 N Dale Mabry Hwy<br>Suite 1<br>Tampa, FL 33614-1580 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Cap One<br>Po Box 85520<br>Richmond VA 23285 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     1<br>Total                   38 |